**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

JEROME MARTIN,

       Plaintiff,                      CASE NO.  06-CV-12155

-vs-                                  PAUL D. BORMAN
                                        UNITED STATES DISTRICT JUDGE

DETROIT PROSECUTOR'S OFFICE,
et al.,                                 STEVEN D. PEPE
                                        UNITED STATES MAGISTRATE JUDGE

       Defendants.
_____/

**ORDER**
**(1) ACCEPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION;**
**AND (2) GRANTING DEFENDANTS' MOTION TO DISMISS**

      Before the Court is the Magistrate Judge's January 31, 2007 Report and Recommendation granting Defendants' October 23, 2006 Motion to Dismiss. (Docket No. 10). Neither party has filed timely objections under 28 U.S.C. § 636(b)(1) and Local Rule 72.1(d)(2). Having reviewed the Magistrate Judge's conclusions of fact and discussion of law, the Court hereby:

      (1)    **ACCEPTS** the Magistrate Judge's Report and Recommendation (Docket No. 10); and

      (2)    **GRANTS** Defendants' Motion to Dismiss (Docket No. 6).

**SO ORDERED.**

                                                    S/Paul D. Borman
                                                    PAUL D. BORMAN
                                                    UNITED STATES DISTRICT JUDGE

Dated:  March 20, 2007

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on March 20, 2007.

                                                S/Denise Goodine
                                                Case Manager